**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARISTA RECORDS LLC, et al.,

    Plaintiffs,

  v.

JOHN DOE,

    Defendant.
_____/

No. C 07-04866 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiffs' Ex Parte Application for Leave to Take Immediate Discovery and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.

    Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 9/26/07

_____
CLAUDIA WILKEN
United States District Judge

cc: Wings; Assigned M/J w/mo