Matthew Franklin Jaksa (CA State Bar No. 248072)
Holme Roberts & Owen LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone:      (415) 268-2000
Facsimile:      (415) 268-1999
Email:   matt.jaksa@hro.com
Attorneys for Plaintiffs,
ARISTA RECORDS LLC; ATLANTIC RECORDING
CORPORATION; WARNER BROS. RECORDS INC.;
SONY BMG MUSIC ENTERTAINMENT; UMG
RECORDINGS, INC.; and PRIORITY RECORDS LLC

united states district court
northern district of california

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and PRIORITY RECORDS LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | case no. C 07-04866 CW<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |

1
Proposed Order
Case No. C 07-04866 CW
#32649 v1

Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

ORDERED that Plaintiffs may serve immediate discovery on California State Univ - Monterey Bay to obtain the identity of Defendant John Doe ("Defendant") by serving a Rule 45 subpoena that seeks documents that identify Defendant, including the name, current (and permanent) address and telephone number, e-mail address, and Media Access Control addresses for Defendant. The disclosure of this information is consistent with California State Univ - Monterey Bay's obligations under 20 U.S.C. 1232g.

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

Dated: 2-26-09

By: /s/ _____

**JAMES LARSON**
**U.S. CHIEF MAGISTRATE JUDGE**

2
Proposed Order
Case No. C 07-04866 CW
#32649 v1