1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:    (415) 268-1999
   Email:         matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ARISTA RECORDS LLC; ATLANTIC
7  RECORDING CORPORATION; WARNER
   BROS. RECORDS INC.; SONY BMG MUSIC
8  ENTERTAINMENT; UMG RECORDINGS, INC.;
9  and PRIORITY RECORDS LLC

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11                    OAKLAND DIVISION

12

13 | ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and PRIORITY RECORDS LLC, a California limited liability company, | CASE NO. C 07-04866 CW

The Honorable Claudia Wilken

**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

                   Plaintiffs,

        v.

   JOHN DOE,
                   Defendant.

1

Notice of Dismissal
Case No. C 07-04866 CW
#34535 v1

Pursuant to F ED. R. C IV. P. 41(a)(1)(A)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant John Doe, also identified as ID #131864781 with IP address 207.62.146.225 2007-06-05 07:26:01 EDT, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this file.

Dated:  December 19, 2007        HOLME ROBERTS & OWEN LLP

                                  By:  */s/ Matthew Franklin Jaksa*
                                       MATTHEW FRANKLIN JAKSA
                                       Attorney for Plaintiffs